

# KARPF, KARPF & CERUTTI, P.C.

Attorneys at Law

3331 Street Road, Suite 128
Two Greenwood Square
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
jeremy@karpf-law.com

September 18, 2023

**FILED VIA ECF**

The Honorable John Milton Younge
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

   Re: *Abubakarr Foray-Musa v. Temple University*
      **Civil Action No. 23-1527**

Dear Judge Younge:

  I represent the Plaintiff in this matter.  Please accept this letter on behalf of both parties as notification that this matter has settled.  The parties respectfully request the entry of an Order pursuant to Local Rule 41.1(b).

  If Your Honor requires any additional information, please let me know.

  Thank you.

            Respectfully,

            **KARPF, KARPF & CERUTTI, P.C.**

            */s/ Jeremy M. Cerutti*
            Jeremy M. Cerutti, Esq.

cc: Kathleen Kirkpatrick, Esq.